## Chicago Title and Trust Company et al., Appellees, v. Village of Westchester et al., Appellants.

### Gen. No. 42,920.

Heard in the first division, first

district, this court at the October term, 1943; opinion filed February 28, 1944; rehearing denied March 14, 1944. George Sass and Kinne, Scovel, Robson & Murphy, for certain appellants; Bluford, Krinsley, Schultz & Voorheis, for certain other appellants; Raymond Harkrider, of counsel; Markman, Donovan & Sullivan and George S. Freudenthal, Jr., for appellees; Henry O. Nickel, of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**